**FILED**

**DECEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**07 C 7161**

| | |
|---|---|
| Mr. MOHAMMAD KAHVAND, | ) |
| Plaintiff | ) |
| v. | ) |
| MICHAEL B. MUKASEY, Attorney General of the United States; ROBERT MUELLER, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; RUTH A. DOROCHOFF, District Director, Department of Homeland Security Chicago District | ) |
| Defendants. | ) |

No:_____

**JUDGE CASTILLO**
**MAGISTRATE JUDGE COX**

Petition for a Hearing on
Naturalization Application
under 8 U.S.C. § 1447(b)

## INTRODUCTION

1.      Plaintiff is a lawful permanent resident of the United States who is statutorily eligible to naturalize and become a United States citizen.  Plaintiff's application for naturalization has been unlawfully delayed by defendants.  As a consequence, this Court has jurisdiction to adjudicate Plaintiff's naturalization application and to grant him citizenship pursuant to 8 U.S.C. § 1447(b).

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over the subject matter of this case pursuant to 8 U.S.C. § 1447(b) (jurisdiction over naturalization applications), 28 U.S.C. § 1331

(federal question jurisdiction), 28 U.S.C. § 2201 (declaratory judgment) and 5 U.S.C. §
701 (Administrative Procedures Act).

3.      Venue is proper in this action pursuant to 28 U.S.C. § 1391(e) and 8
U.S.C. § 1447(b) because Plaintiff resides within the district of this court, Defendants
maintain their offices in this district and the USCIS Office in this district is adjudicating
Plaintiff's Application for Naturalization.

## PARTIES

4.      Plaintiff has resided in the United States as a lawful permanent resident
since 2001.  His claim to naturalization arises under 8 U.S.C. § 1447(b).

5.      MICHAEL B. MUKASEY is the Attorney General of the United States,
and is sued in his official capacity.  Under the direction of the Attorney General, the
Department of Justice is the agency of the United States government that has authority to
conduct background checks and security checks for individuals who are applying for
naturalization.

6.      MICHAEL CHERTOFF is the Secretary of the Department of Homeland
Security ("DHS"). As of March 1, 2003, DHS is the agency responsible for implementing
the Immigration and Nationality Act. Within DHS, the United States Citizenship and
Immigration Services is responsible for implementing the provisions under which lawful
permanent residents can be naturalized and become United States citizens. *See, e.g.,* 8
U.S.C. § 1421, 8 C.F.R. § 310, and 8 C.F.R. § 316.3.  Mr. Chertoff is sued in his official
capacity.

7.      EMILIO T. GONZALEZ is the Director of the U.S. Citizenship and
Immigration Services ("USCIS"), a component of the DHS, which is responsible for the

administration of immigration and naturalization adjudication functions and establishing immigration services policies and priorities. Mr. Gonzalez is sued in his official capacity.

8.    ROBERT MUELLER is the Director of the Federal Bureau of Investigation, a component of the Department of Justice, and is sued in his official capacity. The FBI has responsibility to complete certain name checks, security checks and other background checks for USCIS and other federal agencies.

9.    RUTH A. DOROCHOFF is the District Director of the Chicago District of the U.S. Citizenship and Immigration Services of the Department of Homeland Security. Ms. Dorochoff has been delegated authority to adjudicate applications for naturalization within the Chicago District. Ms. Dorochoff is sued in her official capacity.

### FACTS

10.    Plaintiff is a native and citizen of Iran. He was born on January 4, 1964.

11.    On or about January 26, 2006, Plaintiff filed his application for naturalization with the U.S. Citizenship and Immigration Services. On June 6, 2006, Plaintiff was interviewed and examined on his naturalization application at the Chicago District Office of the USCIS.

12.    At the examination, Plaintiff passed the tests of English and U.S. history and government as required under 8 U.S.C. § 1423. Nevertheless, he was told by the examining officer that a decision could not yet be made on his application due to a pending FBI background check.

13.    Plaintiff's Application for Naturalization, filed on January 26, 2006, has remained pending despite numerous inquiries to defendants about the status of his application. The U.S. Citizenship and Immigration Services has indicated that it will not

adjudicate Plaintiff's application for naturalization until the background checks have been completed.

14.    Many more than 120 days have passed since the examination, and Defendants have made no decision on Plaintiff's application in violation of 8 U.S.C. § 1447(b).

15.    Plaintiff is eligible for naturalization, meets all the requirements for naturalization, and would have been approved for naturalization if the USCIS had properly followed and implemented the statute.

### CLAIMS FOR RELIEF

16.    Defendants' failure to make a determination on Plaintiff's application within the 120-day statutory period entitles Plaintiff to bring this matter before this Court for a hearing pursuant to 8 U.S.C. § 1447(b).

17.    Plaintiff seeks a de novo judicial determination of his naturalization application and a grant of naturalization from this Court. In the alternative, Plaintiff seeks that the Court remand the application to USCIS with an order that it immediately adjudicate his application.

WHEREFORE, Plaintiff requests that the Court:

A.    Grant this petition and enter a judgment granting Plaintiff's naturalization and ordering that he is a naturalized citizen of the United States;

B.    In the alternative, remand the application to USCIS with an order that it adjudicate the application within 15 days of said order;

C.    Grant attorney's fees and costs under the Equal Access to Justice

Act. 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 et seq., and/or other

appropriate authority;

D.    Grant such other and further relief as may be appropriate.


RESPECTFULLY SUBMITTED this 20th day of December, 2007,
Mohammad Kahvand



By: _____
       John Shine
       Attorney for Plaintiff


John Shine
James Hallagan
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603
T: (312) 427-6163
F: (312) 427-6513

## INDEX OF DOCUMENTS IN SUPPORT OF PETITION FOR A HEARING ON NATURALIZATION APPLICATION

1.  Receipt Notice, Form N-400, Application for Naturalization, showing receipt date of January 26, 2006.

2.  Letter sent via certified mail on April 23, 2007, to USCIS Citizenship Office, Chicago District, Office, asking to review file and adjudicate application. Plaintiff never received a reply to this letter.

3.  Stamped Infopass Appointment Notice and accompanying Status Inquiry Form dated October 5, 2007, whereby Plaintiff was informed by the USCIS Chicago District Office that the background checks still have not cleared.

4.  USCIS response to phone call inquiry made by Plaintiff on October 12, 2007, stating that the background investigation still had not been completed

5.  Response from USCIS regarding Plaintiff's inquiry of October 22, 2007, stating that the background investigation still had not been completed.

# EXHIBIT 1

# THE UNITED STATES OF AMERICA

| Receipt | | | | NOTICE DATE<br>February 07, 2006 |
|---|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | | INS A#<br>A 077 846 066 |
| APPLICATION NUMBER<br>LIN*000863003 | RECEIVED DATE<br>January 26, 2006 | | PRIORITY DATE<br>January 26, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MOHAMMAD KAHVAND
160 BENTON LANE
BLOOMINGDALE IL  60108

PAYMENT INFORMATION:

Single Application Fee:       $400.00
Total Amount Received:       $400.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          January 04, 1964
Address Where You Live:   160 BENTON LANE
                         BLOOMINGDALE IL 60108

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LIN$000811029

USCIS.gov
(312) 385-1500
(312) 353-5548



Form I-797C (Rev. 01/31/05) N

EXHIBIT 2

# MINSKY, McCORMICK & HALLAGAN, P.C.

ATTORNEYS AND COUNSELORS

Joseph Minsky (1905-1990)
Margaret H. McCormick
James Hallagan

Derek W. Strain
Stephen W. Tarnoff
Gena D. Lewis
John F. Shine
Megan Yoshimura
Patricia A. Luna
Nicolas M. Reischer

April 23, 2007

U.S. Department of Homeland Security
USCIS Citizenship Office
101 West Congress Parkway
Chicago, IL 60605



**Re: Application for Citizenship, Form N-400: Application Pending**

       Applicant:       Mohammad Kahvand
                               A77 846 066
                               LIN*000863003

Dear Immigration Officer:

Please be advised that I am the attorney of record for Mohammad Kahvand. My Notice of Entry of Appearance as Attorney, Form G-28, is enclosed.

Mohammad filed an Application for Naturalization, Form N-400, with the U.S. Citizenship and Immigration Services on January 26, 2006. He was interviewed by the Service on June 6, 2006, and passed the English and U.S. history and government exams.

Since his interview June 6, 2006, Mohammad's application has been pending and he has not received any correspondence from the Service. We kindly ask that you review Mohammad's file and adjudicate his application as soon as possible.

Please call me at (312) 427-6163 if you have any questions or would like to discuss the case. Your attention in this matter is very much appreciated.

Sincerely,

James Hallagan
Attorney at Law

Enclosures
20070226-H

**MMH**

122 S. Michigan Ave.
Suite 1800
Chicago, IL 60603
(312) 427-6163 phone
(312) 427-6513 fax
www.mmhpc.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF Homeland Security
USCIS CITIZENSHIP OFFICE
101 WEST CONGRESS PARKWAY
CHICAGO, IL 60605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. A L                          ☐ Agent
                                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   4-30-07

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)        7006 0100 0002 1052 7641

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-15

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   4-23-07

7006 0100 0002 1052 7641

Sent To  DHS / USCIS CIT OFFICE
Street, Apt. No.; or PO Box No.  101 W. CONGRESS PARKWAY
City, State, ZIP+4  CHICAGO, IL 60605

PS Form 3800, June 2002        See Reverse for Instructions

EXHIBIT 3



**INFOPASS**
Your e-Ticket to immigration
information.

| | |
|---|---|
| **Name:** | **Mohammad Kahvand** |
| **Appointment Type:** | **Speak to immigration officer** |
| **Confirmation No.:** | **CHI-07-27207**     **Authentication Code:  f29e** |
| **Appointment Date:** | **October 5, 2007** |
| **Appointment Time:** | **1:45 PM** |
| **Location:** | **101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY** |

### This is your Confirmation Number:



* C H I - 0 7 - 2 7 2 0 7 *

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *70648*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.

IMMIGRATION
INFORMATION
OFFICER

SIGNATURE
CHI - 002



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Citizenship and Immigration Service**
**Chicago District Office**

**STATUS INQUIRY FORM**

DATE: _10-5-07_

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: _A77 846 066_

Name: _KAHVAND_      _MOHAMMAD_
  Last          First          Middle

Mailing Address: _160 BENTON LANE_  Apt #____

City: _Bloomingdale_  State: _IL_  Zip Code: _60108_

Daytime Phone Number: _312 427 6163_

Country of Birth: _IRAN_   Date of Birth: _1-4-64_

☐ Check box if author is same as applicant
  (DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☑ Attorney   ☐ CBO

Name: _Shine_      _John_       ____
  Last          First          Middle

Firm/Organization: Minsky, McCormick, &
Hallagan, P.C.

Mailing Address: 122 S. Michigan Ave.

Suite # or Apt. #: _1800_

City: _Chicago_   State: _IL_  Zip Code: _60603_

Phone No.: _312-427-6163_

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: <u>GENERAL</u>   Request Type (check all that apply): ☐ Address Change   ☐ General   ☐ Received Documents

Type of Application (check one):   ☐ Adjustment of Status   ☐ Citizenship

**FORM FILED (check boxes below that apply):**   DATE APPLICATION FILED: _1-26-06_

☐ I-130   ☐ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☑ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

**REQUEST RESCHEDULE FOR (check one):**   ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: _N-400 FILED 1-26-06. PASSED EXAM._
_WHAT IS STATUS?_

\*\*\*   INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
    REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*   CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____   Date: _____

\*\*\*   MAIL INQUIRIES TO:  USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL  60690

CU Revised 08/14/03

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: MOHAMMAD KAHVAND

Date: 4-23-07

File No. A77 846 066

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: MOHAMMAD KAHVAND    ☐ Petitioner  ☐ Beneficiary  ☒ Applicant

Address: (Apt. No.) (Number & Street) 160 BENTON LANE  (City) BLOOMINGTON  (State) IL  (Zip Code) 60108

Name:    ☐ Petitioner  ☐ Beneficiary  ☐ Applicant

Address: (Apt. No.) (Number & Street)    (City)  (State)  (Zip Code)

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**Supreme Court of Illinois**
Name of Court
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board.

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE

COMPLETE ADDRESS
**Minsky, McCormick & Hallagan, P.C.**
**122 South Michigan Avenue, Suite 1800**
**Chicago, IL 60603**

NAME (Type or Print)
James Hallagan

TELEPHONE NUMBER
(312) 427-6163

FAX
(312) 427-6513

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.

James Hallagan

(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

**All Immigration Matters**

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| MOHAMMAD KAHVAND | M. Kah | 4/4/07 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 EtSEQ.

Form G-28 (09/26/00)Y

EXHIBIT 4

U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605



**U.S. Citizenship
and Immigration
Services**

Monday, October 22, 2007

MINSKY, MCCORMICK, & HALLAGAN PC

**ATTORNEY/PARALEGAL COPY**

MOHAMMAD KAHVAND
160 BENTON LANE
BLOOMINGDALE IL 60108

Dear Mohammad Kahvand:

On 10/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Valenzuela, Ana |
| **Caller indicated they are:** | Paralegal for Applicant/Petitioner's Atty or Rep |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 01/26/2006 |
| **Receipt #:** | LIN*000863003 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A077846066 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

*U.S. CIS - 10-22-2007 09:07 AM EDT - LIN*000863003*

# EXHIBIT 5

**U.S. Department of Homeland Security**
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQ CIS 181/48.2-C

Dear Mr. Hallagan:

Thank you for your correspondence dated October 22, 2007, to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We have researched your client, Mohammad Kahvand's case to determine the status of his Form N-400, Application for Naturalization. Our records reflect that the processing of his case has been delayed because the required investigation into his background is still in process. Until the background investigation is completed, we cannot move forward on his case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of his background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

Mr. Hallagan
Page 2

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.

Sincerely,

Sandra Bacote
Customer Assistance Office
Citizenship and Immigration Services

Enclosures: Fact Sheet: "Immigration Security Checks- How and Why the Process Works" USCIS Update: "USCIS Clarifies Criteria to Expedite FBI Name Check"

**CHI 1973 SB**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20ᵗʰ of December, 2007, a copy of the attached <u>Petition for a Hearing on Naturalization Application under 8 U.S.C. § 1447(b)</u> was served upon the Defendants by depositing them in the U.S. mail, to be sent certified mail, addressed to:

     Michael B. Mukasey
     Attorney General of the United States
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

     Robert Mueller
     Federal Bureau of Investigation
     J. Edgar Hoover Building
     935 Pennsylvania Avenue, NW
     Washington, D.C. 20535-0001

     Michael Chertoff
     Office of the General Counsel
     U.S. Department of Homeland Security
     Washington, DC 20528

     Emilio T. Gonzalez, Director
     U.S. Citizenship and Immigration Services
     425 Eye Street, NW
     Washington DC 20536

     Ruth A. Dorochoff, District Director,
     U.S. Citizenship and Immigration Services
     Chicago District Office
     101 West Congress Parkway
     Chicago, IL 60605

I hereby certify that on this 20ᵗʰ of December, 2007, a copy of the attached <u>Petition for a Hearing on Naturalization Application under 8 U.S.C. § 1447(b)</u> was served via hand delivery upon:

     Sheila M. McNulty
     Special Assistant United States Attorney
     219 S. Dearborn Street, 5ᵗʰ Floor
     Chicago, IL 60604

John Shine
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603