UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD KAHVAND, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 7161 |
| | ) | |
| v. | ) | |
| | ) | Judge Castillo |
| MICHAEL MUKASEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                                       Respectfully submitted,

                                                       PATRICK J. FITZGERALD
                                                       United States Attorney

                                                       By: s/ Gina E. Brock
                                                          GINA E. BROCK
                                                          Assistant United States Attorney
                                                          219 South Dearborn Street
                                                          Chicago, Illinois 60604
                                                          (312) 353-7919
                                                          Gina.Brock@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on February 13, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Gina E. Brock
GINA E. BROCK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7919
