**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Mr. MOHAMMAD KAHVAND, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 07-cv-7161 |
| v. | ) | |
| | ) | Hon. Judge Castillo |
| MICHAEL B. MUKASEY, Attorney | ) | |
| General of the United States, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

A.  Nature of the Case

-Plaintiff's counsel in this case is John Shine and James Hallagan of Minsky, McCormick and Hallagan, P.C.; Defendant's counsel is Assistant U.S. Attorney, Gina Elizabeth Brock.

-Plaintiff asserts jurisdiction in this case pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. §§1331.

-Plaintiff seeks a hearing on his naturalization application to compel Defendants to adjudicate his N-400 Application for Naturalization, which has been pending with the U.S. Citizenship & Immigration Services (a sub-agency of the Department of Homeland Security) since January 26, 2006.

-Plaintiff seeks relief in the form of a judgment granting Plaintiff naturalization, or, in the alternative, an order compelling the DHS to perform the statutory adjudication duties detailed in the complaint.

B.  Pending motions & case plan

-At this time there are no discovery issues or pending motions to report.

-Trial status: The parties do not anticipate the need for trial.

C.  Settlement Status:

      -Counsel for Plaintiff and counsel for Defendants have engaged in preliminary discussions regarding resolution of this matter and anticipate that they will be able to reach resolution pursuant to further discussion.

Respectfully submitted,
Mohammad Kahvand

Michael Mukasey, et al

By: s/ John Shine
    JOHN SHINE
    Attorney for Plaintiff
    Minsky, McCormick & Hallagan, P.C.
    122 South Michigan Avenue
    (312) 427-6163
    jshine@mmhpc.com

By: s/ Gina Elizabeth Brock
    GINA ELIZABETH BROCK
    Assistant U.S. Attorney
    (312) 353-7919
    Gina.Brock@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the attached Joint Status Report was served on February 14, 2008, in accordance with FED. R. CIV P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (EFC) system as to ECF filers.

By:    s/ John Shine
JOHN SHINE
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603
312-427-6163