AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MOHAMMAD KAHVAND

V.

MICHAEL B. MUKASEY, Attorney General of the United States, et. al.

CASE NUMBER: **07 C 7161**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services
425 Eye Street, NW
Washington DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Shine
Minsky, McCormick and Hallagan, P.C.
122 S. Michigan Ave. Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/ Anya Ellis

**(By) DEPUTY CLERK**

**December 20, 2007**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/20/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JOHN SHINE | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __VIA CERTIFIED MAIL__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/14/2008
             *Date*

*Signature of Server*

122 S. Michigan Ave. Suite 1800
Chicago, Il 60603

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# MINSKY, McCORMICK & HALLAGAN, P.C.

ATTORNEYS AND COUNSELORS

Joseph Minsky (1925-1992)
Margaret H. McCormick
James Hallagan

Derek W. Strain
Stephen W. Tarnoff
Gena D. Lewis
John F. Shine
Patricia A. Luna

December 20, 2007

Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services
425 Eye Street, NW
Washington DC 20536

By Certified Mail:

**RE:** Mohammad Kahvand v. Michael B. Mukasey, Attorney General of the United States; Robert Mueller, Director of Federal Bureau of Investigation; Michael Chertoff, Secretary of Department of Homeland Security; Emilio T. Gonzalez, Director, U.S. Citizenship and Immigration Services; Ruth A. Dorochoff, District Director, U.S. Citizenship and Immigration Services, Chicago District Office

**Case No.: 07 cv 7161**

Dear Mr. Gonzalez:

I am the attorney for the Plaintiff in the above-referenced case. You are one of the five Defendants. Please find enclosed the Summons and Complaint in the above-referenced case.

Sincerely,

John Shine
Attorney at Law

MMH

122 S. Michigan Ave.
Suite 1800
Chicago, IL 60603
(312) 427-6163 phone
(312) 427-6513 fax
www.mmhpc.com

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 2570 0002 2293 8800

Sent To: Emilio T. Gonzalez
Street, Apt. No.; or PO Box No.: 425 Eye St. NW
City, State, ZIP+4: Washington DC 20536

PS Form 3800, June 2002      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T. Gonzalez
Director
U.S. Citizenship & Imm.
425 Eye Street, NW
Washington, DC 20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 1/31/0?

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 2570 0002 2293 8800

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 2570 0002 2293 8800**
Status: **Delivered**

Your item was delivered at 8:18 AM on December 26, 2007 in WASHINGTON, DC 20536.

(Additional Details >)    (Return to USPS.com Home >)

Track & Confirm

Enter Label/Receipt Number.

(Go >)

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

