UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mr. MOHAMMAD KAHVAND, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 07-cv-7161 |
| v. | ) | |
| | ) | Hon. Judge Castillo |
| MICHAEL B. MUKASEY, Attorney General of the United States, et al. | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated this 16th day of April, 2008.

                                                  Respectfully submitted,


                                                  /s John Shine
                                                  John Shine
                                                  Attorney for Plaintiff Mohammad Kahvand

                                                  Minsky, McCormick and Hallagan, P.C.
                                                  122 S. Michigan Ave. Suite 1800
                                                  Chicago, IL 60603
                                                  312-427-6163
                                                  jshine@mmhp.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached <u>Notice of Dismissal</u> was served on April 16, 2008, in accordance with FED. R. CIV P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (EFC) system as to ECF filers.

                                        By:    s/ John Shine
                                                  JOHN SHINE
                                                  Minsky, McCormick and Hallagan, P.C.
                                                  122 S. Michigan Ave. Suite 1800
                                                  Chicago, IL 60603
                                                  312-427-6163