## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Mohammad Kahvand

                                         Plaintiff,

v.                                                Case No.: 1:07−cv−07161
                                                       Honorable Ruben Castillo

Michael B. Mukasey, et al.

                                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

       MINUTE entry before Judge Honorable Ruben Castillo:This case is hereby dismissed without prejudice pursuant to the Notice of Dismissal filed by the plaintiff on 4/16/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.